216 F.3d 881 (9th Cir. 2000)
 DONALD MACFARLANE and JAMES FOGLE, Petitioners-Appellants,
v.
KAY WALTER and KENNETH DUCHARME, Respondents-Appellees.
 No. 97-35725
 U.S. Court of Appeals for the Ninth Circuit
 Filed July 7, 2000
 
 D.C. No. CV-96-05688-FDB
 Before: Otto R. Skopil, Jr., Stephen Reinhardt, and Susan P. Graber, Circuit Judges.
 
 
 1
 Prior report: 120 S.CT 1959.
 
 ORDER
 
 2
 Pursuant to the Order of the Supreme Court of the United States, the case is dismissed as moot.